# EXHIBIT A



**CORPORATE CREATIONS** ®
Registered Agent • Director • Incorporation

**Corporate Creations Network Inc.**
801 US Highway 1 North Palm Beach, FL 33408

Live Nation Entertainment, Inc.                                  May 22, 2026
Kimberly Tobias
Live Nation
9348 Civic Center Drive
Beverly Hills CA 90210
United States

# SERVICE OF PROCESS NOTICE

The following is a courtesy summary of the enclosed document(s).   **ALL information should be verified by you.**          | Item: 2026-445G |

Note: Any questions regarding the substance of the matter described below, including the status or how to respond, should be directed to the contact set forth in line 12 below or to the court or government agency where the matter is being heard. IMPORTANT: All changes or updates to the SOP contact individuals or their contact information must be submitted in writing to SOPcontact@corpcreations.com. Any changes will become effective upon written confirmation of Corporate Creations.

| | | |
|---|---|---|
| 1. | **Entity Served:** | Live Nation Entertainment, Inc. |
| 2. | **Title of Action:** | Michelle Bolicki vs. Live Nation Entertainment, Inc. |
| 3. | **Document(s) Served:** | Summons<br>Plaintiff's Complaint |
| 4. | **Court/Agency:** | Wayne County Circuit Court, Michigan |
| 5. | **State Served:** | Michigan |
| 6. | **Case Number:** | 26-002711-NO |
| 7. | **Case Type:** | Personal Injury / Negligence / Damages |
| 8. | **Method of Service:** | Certified Mail |
| 9. | **Date Received:** | Thursday 05/21/2026 |
| 10. | **Date to Client:** | Friday 05/22/2026 |
| 11. | **# Days When Answer Due:**<br>**Answer Due Date:** | 28<br>Thursday 06/18/2026 | CAUTION: Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing counsel that the date of the service in their records matches the Date Received. |
| 12. | **Sop Sender:**<br>(Name, City, State, and Phone Number) | Matthew F Boehringer<br>Bingham Farms, MI<br>248-443-3022 |
| 13. | **Shipped To Client By:** | Email Only with PDF Link |
| 14. | **Tracking Number:** | |
| 15. | **Handled By:** | 231 |
| 16. | **Notes:** | None. |

NOTE: This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion. The client and their legal counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information.  At Corporate Creations, we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default judgment. As registered agent, our role is to receive and forward service of process.  To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective.  It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by Corporate Creations Network Inc.

Mark Sisson
The Mark Sisson Law Firm PLLC
30200 Telegraph Rd.
Ste 102
Bingham Farms MI 48025



**9214 8903 2148 6300 1879 54**

Live Nation Entertainment Inc
Residnt Agent
28175 HAGGERTY RD
Novi MI 48377



Original - Court          2nd Copy - Plaintiff
1st Copy- Defendant       3rd Copy -Return

| STATE OF MICHIGAN THIRD JUDICIAL CIRCUIT WAYNE COUNTY | SUMMONS | CASE NO. 26-002711-NO Hon.Sheila A. Gibson |
|---|---|---|

Court telephone no.: 313-224-5207

| Plaintiff's name(s), address(es), and telephone no(s) Bolicki, Michelle | v | Defendant's name(s), address(es), and telephone no(s). Live Nation Entertainment Inc |
|---|---|---|
| **Plaintiff's attorney, bar no., address, and telephone no** Matthew F Boehringer 79332 30200 Telegraph Rd Ste 102 Bingham Farms, MI 48025-4503 | | |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (form MC 21). The summons section will be completed by the court clerk.

## Domestic Relations Case

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or  family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving  the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (form MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving  the family or family members of the person(s) who are the subject of the complaint.

## Civil Case

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035

☐ MDHHS  and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the  complaint.

☒ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint   has been previously filed in ☒ this court, ☐_____ Court,          where it was given case number 25-006111-NO and assigned to Judge Sheila A. Gibson.

The action ☐ remains   ☒ is no longer  pending.

Summons section completed by court clerk.

**SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1.  You are being sued.
2.  **YOU HAVE 21 DAYS** after receiving this summons  and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date 2/18/2026 | Expiration date* 5/20/2026 | Court clerk Yolanda Payne |
|---|---|---|

Cathy M. Garrett- Wayne County Clerk.

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01 (3/23)          **SUMMONS**                    MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105



| | SUMMONS |
|---|---|
| | Case No. : **26-002711-NO** |

## PROOF OF SERVICE

**TO PROCESS SERVER:** You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service you must return this original and all copies to the court clerk.

### CERTIFICATE OF SERVICE / NONSERVICE

☐ I served ☐ personally ☐ by registered or certified mail , return receipt requested, and delivery restricted to the addressee(copy of return receipt attached) a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| | |
| Place or address of service | |
| Attachments (if any) | |

☐ I am a sheriff,deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled $ | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled $ | Fee $ | Total fee $ | Name (type or print) |

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the summons and complaint, together with

_____ on _____

Attachments (if any)                                                                    Date and time

_____ on behalf of _____.

Signature

_____

MCL 600.1910, MCR 2.104, MCR 2.105

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

MICHELLE BOLICKI,

                        Plaintiff,

v.

LIVE NATION ENTERTAINMENT, INC.,

                        Defendants.

                          Case No. 26- -NO
                          Hon.

---

THE MARK SISSON LAW FIRM, PLLC
MATTHEW F. BOEHRINGER (P79332)
Attorneys for Plaintiff
30200 Telegraph Rd. Ste. 102
Bingham Farms, MI 48025
(248) 829-3088/ Fax: (734) 655-9045
mboehringer@marksissonlaw.com
lmorey@marksissonlaw.com

There was a prior action filed in this court and give Case No. 25-006111-NO and is no longer active

### PLAINTIFF'S COMPLAINT

NOW COMES the Plaintiff, MICHELLE BOLICKI, through her attorneys, THE MARK SISSON LAW FIRM, PLLC, by MATTHEW F. BOEHRINGER, and for her cause of action against the above-named Defendants, LIVE NATION ENTERTAINMENT, INC., states unto this Honorable Court as follows:

1. Plaintiff MICHELLE BOLICKI ("Bolicki") is a resident of the City of Monroe, Monroe County, Michigan.

Yolanda Payne    2/18/2026 8:49 AM    WAYNE COUNTY CLERK    Cathy M. Garrett    26-002711-NO FILED IN MY OFFICE


MARK SISSON
LAW FIRM

2. Defendants LIVE NATION ENTERTAINMENT, INC. is a business operating in the City of Detroit, Wayne County, Michigan.

3. The amount in controversy exceeds Twenty-Five Thousand and 00/100 ($25,000.00) Dollars.

## GENERAL ALLEGATIONS

4. On or about March 22, 2024, Plaintiff Bolicki was a guest of LIVE NATION ENTERTAINMENT, INC. located at 2115 Woodward Ave., Detroit, MI 48201.

5. The property located at 2115 Woodward Ave., Detroit, MI 48201 was/is being operated by Defendant LIVE NATION ENTERTAINMENT, INC..

6. Ms. Bolicki entered the building at LIVE NATION ENTERTAINMENT, INC. where she encountered water that had accumulated on which she slipped and fell.

7. Ms. Bolicki's body was thrown to the ground resulting in injury.

8. Ms. Bolicki suffered severe injuries including but not limited to her right hip, shoulder, head, and right arm.

## COUNT I

## NEGLIGENCE/PREMISES LIABILITY

9. Plaintiff hereby incorporates by reference all previous paragraphs of this Complaint as if fully set forth herein.

10. On or about March 22, 2024, Bolicki was a business invitee of LIVE NATION ENTERTAINMENT, INC..

11. LIVE NATION ENTERTAINMENT, INC. owed duties to Bolicki, as a business invitee to:

   a. warn of the dangers which it knew or should have known existed on the premises;
   b. to inspect the premises to discover possible dangerous conditions of which it did not have knowledge;


MARK SISSON
— LAW FIRM —

2



    c.   to take reasonable precautions to protect invitees from dangers that were foreseeable;

    d.   to take reasonable measures to remove the dangerous condition within a reasonable period of time;

    e.   to exercise reasonable care in the removal of hazardous conditions;

    f.   to adequately supervise and train its employees, servants and agents so that they exercise reasonable care in maintaining the premises for invitees;

    g.   to provide adequate staff to maintain the premises in a reasonably safe condition.

12. LIVE NATION ENTERTAINMENT, INC. breached its duties to Bolicki, through its acts and omissions, including, but not limited to:

    a.   failure to warn invitees, including Plaintiff, of the dangerous condition which it knew or should have known existed;

    b.   creating a hazardous condition by not removing the water in such a place or manner that it created a trip hazard for invitees, including Plaintiff;

    c.   failure to inspect the premises for dangerous conditions, which it knew or should known existed and would be a hazard to invitees;

    d.   failure to take reasonable measures to remove the hazard, or other dangerous conditions, after it knew or should have known about their existence;

    e.   failure to exercise reasonable care in the removal of the hazardous condition which was a foreseeable danger to invitees;

    f.   failure to remove the hazard, or other dangerous conditions, when it had actual or constructive notice of the dangerous condition;

    g.   failure to supervise and train its employees, agents and servants in the maintenance of the premises;

    h.   failure to provide sufficient staff to adequately perform removal of dangerous conditions on its land.

13. As a direct and proximate result of LIVE NATION ENTERTAINMENT, INC.'S negligence, Plaintiff suffered injuries, including but not limited to: her right hip, shoulder, head, and right arm.



**MARK SISSON**
LAW FIRM

**COUNT II**
**ORDINARY/ACTIVE NEGLIGENCE BY DEFENDANT**

14. Plaintiff hereby incorporates by reference all previous paragraphs of this Complaint as if fully set forth herein.

15. Defendant owed duties to Plaintiff to use ordinary care and caution in the treatment of the water so as to not create a dangerous trip hazard and/or to warn Plaintiff regarding the dangerous trip hazard that Defendant created.

16. Defendant breached its duties to Plaintiff by not removing the water in such a place and manner that it was likely to cause Plaintiff and other invites to trip and fall.

17. Defendant further breached its duties to Plaintiff by placing the water in such a place and manner that it was not likely to be seen by Plaintiff or other invites who were traversing the premises.

18. Defendants further breached their duties to Plaintiff by failing to warn Plaintiff about the dangerous trip hazard that had been created.

19. As a direct and proximate result of Defendant's ordinary/active negligence, Plaintiff suffered damages as fully set forth in the paragraphs of this Complaint.

WHEREFORE, Plaintiff MICHELLE BOLICKI prays that this Honorable Court enter a judgment in her favor against Defendant LIVE NATION ENTERTAINMENT, INC. in an amount in excess of Twenty-Five Thousand and 00/100 ($25,000.00) Dollars that this Court deems fair and just, plus costs, interest, and attorney fees.



MARK SISSON
LAW FIRM

Respectfully submitted,
THE MARK SISSON LAW FIRM, PLLC



*/s/ Matthew F. Boehringer*
MATTHEW F. BOEHRINGER (P79332)
THE MARK SISSON LAW FIRM
Attorneys for Plaintiff
30200 Telegraph Rd. Suite 102
Bingham Farms, MI 48025
248-443-3022/ fax: 734-655-9045
mboehringer@marksissonlaw.com
Legal Assistant: lmorey@marksissonlaw.com





MAY 2 1 2026